**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:17cr27-MHT** |
| | ) | **(WO)** |
| **JOSE CRUZ** | ) | |

**ORDER**

The government and the defendant having informed the court that this case is likely to go to trial, it is ORDERED that, four business days before the jury-selection date, the parties are each to file a brief (1) summarizing the evidence to be presented at trial; (2) setting forth the elements of the crime(s) charged and how the evidence does or does not satisfy those elements; and (3) addressing any evidentiary issues they think may arise at trial.

DONE, this the 10th day of April, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**