IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr27-MHT |
| | ) | (WO) |
| JOSE CRUZ | ) | |

ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 45) and the objection filed by defendant Jose Cruz (doc. no. 46); and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Jose Cruz's objection (doc. no. 46) is overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 45) is adopted.

(3) Defendant Cruz's motion to suppress (doc. no. 37) is denied.

The court adds these comments. Having listened to the audiotape recording of the interrogation, the court had the impression that defendant Cruz fully understood the English language questions despite the use of both English and Spanish, nor has defense counsel pointed out any specific discrepancies in the interrogator's use of both English and Spanish.

DONE, this the 3rd day of May, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE